[No. 22682–7–I.  Division One.  February 12, 1990.]

THOMAS J. WARDWELL, ET AL, *Appellants*, v. GREGORY J.
NORLING, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 86–2–15257–1, James D. McCutcheon, Jr., J., entered June 22, 1988. *Reversed* and request for attorney

fees *denied* by unpublished opinion per Grosse, A.C.J., concurred in by Webster and Winsor, JJ.